**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Abdirahman Abdi Mohamed,  Civ. No. 16-3828 (SRN/BRT)

Petitioner,

v.

Jefferson Sessions, Attorney General; **ORDER**
John Kelly, Secretary of the Department of
Homeland Security; Jason Sieving; U.S.
ICE Field Office; and Warden of
Immigration Detention Facility,

Respondents.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated September 14, 2017. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that Mohamed's petition for a writ of habeas corpus [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: October 3, 2017                s/Susan Richard Nelson
                                     SUSAN RICHARD NELSON
                                     United States District Judge